AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2026

SEAN F. MCAVOY, CLERK

MYLINDSIE A.,

_Plaintiff_    )
)
v.    )
)    Civil Action No. 1:25-CV-03140-RLP
FRANK BISIGNANO,    )
COMMISSIONER OF SOCIAL SECURITY,    )

_Defendant_

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

❑  the plaintiff _(name)_ _____ recover from the
defendant _(name)_ _____ the amount of
_____ dollars ($ _____), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____
_____ recover costs from the plaintiff _(name)_ _____
_____ .

☑  other:  Plaintiff's Brief, ECF No. 10, is GRANTED in part and DENIED in part. Defendant's Brief Requesting Remand, ECF No. 14, is GRANTED. This case is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is entered for the Plaintiff.

This action was _(check one)_:

❑  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge  Rebecca L Pennell

Date:  3/13/2026

_CLERK OF COURT_

s/Sean F. McAvoy

_Signature of Clerk_